[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 97-1669

 UNITED STATES,

 Appellee,

 v.

 JOSE ANTONIO NUNEZ-RODRIGUEZ,

 Defendant, Appellant.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Jose Antonio Fuste, U.S. District Judge]

 

 Before

 Boudin, Circuit Judge,
 Coffin, Senior Circuit Judge,
 and Lynch, Circuit Judge.

 

H. Manuel Hernandez on brief for appellant.
Guillermo Gil, United States Attorney, Rosa Emilia Rodriguez-Velez,
Executive Assistant United States Attorney, Jose A. Quiles-Espinosa,
Senior Litigation Counsel, and Nelson Perez-Sosa, Assistant United
States Attorney, on brief for appellee.

 

 April 7, 1998
 

 Per Curiam. The district court considered the new motion
for a departure on the merits and made clear that it had no
interest in granting a departure. This discretionary refusal
to depart is not subject to appellate review. See United
States v. Nunez-Rodriguez, 92 F.3d 14 (1st Cir. 1996), and it
is therefore unnecessary for us to consider whether a decision
to depart would have been within the scope of remand and
allowed under the law of the case doctrine.
 Affirmed. See 1st Cir. Loc. R. 27.1.